UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO R. MERINO,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>INFORMATION |

**THE UNITED STATES ATTORNEY CHARGES:**

All dates and times in this Information are alleged to be "on or about," "in and around," or "through and including" the specific dates stated.

## GENERAL ALLEGATIONS

At all times relevant to this Information, unless otherwise stated:

1. From December 6, 2010, through at least September 28, 2021, Defendant **MARCO R. MERINO** was a police officer with the Columbus Division of Police. The Columbus Division of Police was an agency of a local government—namely, the City of Columbus, in the State of Ohio.

2. Starting on November 18, 2018, Defendant **MARCO R. MERINO** was assigned to investigate drug crimes.

3. In his role as a police officer, Defendant **MARCO R. MERINO** repeatedly violated federal drug and bribery laws.

## COUNT 1
### (Conspiracy to Distribute and to Possess With Intent to Distribute 400 Grams or More of a Mixture or Substance Containing a Detectable Amount of Fentanyl)

4. Paragraphs 1 through 3 are incorporated here.

5. From June 2021 through September 28, 2021, in the Southern District of Ohio, Defendant **MARCO R. MERINO** knowingly and intentionally combined, conspired, and agreed with other persons, known and unknown to the United States Attorney, to distribute and to possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N–phenyl–N–[1–(2–phenylethyl)–4–piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(vi).**

## COUNT 2
### (Federal Program Bribery)

6. Paragraphs 1 through 5 are incorporated here.

7. At all times material to this Information, the Columbus Division of Police received federal assistance in excess of $10,000 during the one-year period beginning January 1, 2021, and ending December 31, 2021.

8. From December 6, 2010, through at least September 28, 2021, Defendant **MARCO R. MERINO** was an agent of the Columbus Division of Police.

9. From at least March 23, 2021, through and including at least September 28, 2021, in the Southern District of Ohio and elsewhere, Defendant **MARCO R. MERINO** corruptly solicited, demanded, accepted, and agreed to accept a thing of value from a person, intending to be influenced and rewarded in connection with a transaction and series of transactions of the Columbus Division of Police involving $5,000 or more.

**In violation of 18 U.S.C. § 666(a)(1)(B).**

## FORFEITURE ALLEGATION

10. Paragraphs 1 through 5 are incorporated here.

11. Upon conviction of the controlled substance offense alleged in Count 1 of this Information, Defendant **MARCO R. MERINO** shall forfeit to the United States, under 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation.

12. If, as a result of any act or omission of Defendant **MARCO R. MERINO**, the forfeitable property so described, or any portion thereof cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b)(1), to seek forfeiture of any other property of Defendant **MARCO R. MERINO** up to the value of the subject property.

**Forfeiture in accordance with 18 U.S.C. § 982(a)(1) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

                                                              KENNETH L. PARKER
                                                              UNITED STATES ATTORNEY

                                                              */s/ Peter K. Glenn-Applegate*
                                                              PETER K. GLENN-APPLEGATE (0088708)
                                                              ELIZABETH A. GERAGHTY (0072275)
                                                              Assistant United States Attorneys