# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**                               <u>NOTICE</u>

v.                                                    Case No. 2:22-cr-14

                                                     **JUDGE SARGUS, JR.**

**MARCO R. MERINO,**

        **Defendant.**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:   United States District Court            **GoToMeeting**
         Joseph P. Kinneary U.S. Courthouse
         85 Marconi Boulevard               **February 8, 2022 at 10:30 a.m.**
         Columbus, Ohio 43215

TYPE OF PROCEEDING: **Arraignment on Information**
If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                                                 **EDMUND A. SARGUS, JR.**
                                               **UNITED STATES DISTRICT JUDGE**

DATE:  January 31, 2022

                                                  /s /   Christin M. Werner
                                                (By) Christin M. Werner, Deputy Clerk