# **CRIMINAL MINUTES**

2:22-cr-14
USA v. Marco R. Merino
(Custody)

## Arraignment on Information

### Hearing held on Tuesday, February 8, 2022 at 10:30 a.m. via GoToMeeting Video Conference before Judge Edmund A. Sargus, Jr.

For Govt: Elizabeth Geraghty and Peter Glenn-Applegate

For Deft: Terry Sherman

Court Reporter: Crystal Hatchett

Courtroom Deputy: Christin Werner

    Defendant enters a plea of guilty to counts 1-2 and the forfeiture allegation of the information.
    PSI Ordered.
    Waiver of Indictment to be submitted.