IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

NOTICE

v.

Case No. 2:22-cr-14
Judge Edmund A. Sargus, Jr.

MARCO MERINO,
    Defendant.

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place:** United States District Court
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

GoToMeeting Video Conference

10/12/2022 at 1:30 P.M.

TYPE OF PROCEEDING: **SENTENCING HEARING** (Invitation information for the GoToMeeting video conference will be supplied to counsel of record prior to the hearing.)

**The following schedule is established:**
(a) Any sentencing memorandum may be filed no later than 10 days prior to sentencing;
(b) If such memorandum is filed, the opposing side may file a memorandum in opposition no later than 5 days prior to sentencing;
(c) Motions under U.S.S.C. § 3553(e) or U.S.S.C. § 5K1.1 must be filed at least 5 days prior to sentencing
(d) No other memoranda or motions pertaining to sentencing shall be filed without leave of court.

**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**

DATE: September 27, 2022

   /s /   Christin Werner
(By) Christin Werner, Deputy Clerk

Counsel noticed via CM/ECF