IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

United States of America,

    Plaintiff,

    vs.                                  Case #2:22CR014(1)

Marco Merino,                        Judge Edmund Sargus, Jr.

    Defendant.

### DEFENDANT'S COUNSEL'S UNOPPOSED REQUEST TO RESCHEDULE SENTENCING HEARING

The undersigned counsel hereby requests that the now scheduled January 5, 2023 Sentencing Hearing be reset to sometime after January 5, 2023. This request is submitted for the reason that undersigned counsel will be out of the country from December 19, 2022 through January 5, 2023. The government does not oppose this request.

                                             Respectfully submitted,

                                             s/Terry K. Sherman, #0002417
                                             Attorney for Defendant
                                             52 West Whittier Street
                                             Columbus, OH 43206-2503
                                             Phone: 614/444-8800
                                             E-mail: tkshermanlaw@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2022, I electronically filed the following with the Clerk of the Court, using the CM/ECF System, which will send notification of such filing to the following: Peter K. Glenn-Applegate, Assistant U. S. Attorney; and Elizabeth Garrity, Assistant U. S. Attorney; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

                                             s/Terry K. Sherman, #0002417
                                             Attorney for Defendant
                                             E-mail: tkshermanlaw@gmail.com