IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**MARCO MERINO,**

    **Defendant.**

Case No. 2:22-cr-14(1)
JUDGE EDMUND A. SARGUS, JR.

## ORDER

This matter is before the Court on the Defendant's unopposed motion to continue the sentencing scheduled for January 5, 2023. (ECF No. 43.)

The Motion to Continue is **GRANTED**. (ECF NO. 38.) The sentencing is rescheduled to February 2, 2023 at 10:00 a.m. in Courtroom Number 311.

**IT IS SO ORDERED.**

| | |
|---|---|
| **11/7/2022** | **s/Edmund A. Sargus, Jr.** |
| **DATE** | **EDMUND A. SARGUS, JR.** |
| | **UNITED STATES DISTRICT JUDGE** |