**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**
    Plaintiff,

    v.

**MARCO MERINO,**
    Defendant.

NOTICE

Case No. 2:22-cr-14
Judge Edmund A. Sargus, Jr.

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place:**     United States District Court     Courtroom Number 311
              Joseph P. Kinneary U.S. Courthouse
              85 Marconi Boulevard            2/2/2023 at 10:00 A.M.
              Columbus, Ohio 43215

TYPE OF PROCEEDING:    **SENTENCING HEARING** (Invitation information for the GoToMeeting video conference will be supplied to counsel of record prior to the hearing.)

**The following schedule is established:**
(a) Any sentencing memorandum may be filed no later than 10 days prior to sentencing;
(b) If such memorandum is filed, the opposing side may file a memorandum in opposition no later than 5 days prior to sentencing;
(c) Motions under U.S.S.C. § 3553(e) or U.S.S.C. § 5K1.1 must be filed at least 5 days prior to sentencing
(d) No other memoranda or motions pertaining to sentencing shall be filed without leave of court.

                                                       **EDMUND A. SARGUS, JR.
                                                       UNITED STATES DISTRICT JUDGE**

DATE:   November 7, 2022

                                                        /s /    Christin Werner
                                                        (By) Christin Werner, Deputy Clerk

Counsel noticed via CM/ECF