United States District Court
Southern District of Ohio
Eastern Division

| | |
|---|---|
| United States of America, | |
|     Plaintiff-Respondent, | |
| v. | Case No. 2:22-cr-00014-EAS-1 |
| Marco Merino, | |
|     Defendant-Movant. | |

## Motion for Admission *Pro Hac Vice*

Pursuant to S.D. Ohio Crim. Rule 83.3, Hal Arenstein, attorney for Marco R. Merino, in the above-referenced action, hereby moves the Court to admit Jeremy Gordon, pro hac vice to appear and participate as counsel in this case for Marco R. Merino.

Attorney Jeremy Gordon has been retained for and will file a motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255. This motion is timely if filed before February 16, 2024. *See* 28 U.S.C. § 2255(f)(1).

Movant represents that Jeremy Gordon is a member in good standing of the highest court of Texas as attested by the accompanying certificate from the court, and that Jeremy Gordon is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

Jeremy Gordon understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Jeremy Gordon's relevant identifying information is as follows:

Business telephone: (972) 483-4865

Business fax: (972) 584-9230

Business address: 1848 Lone Star Road. Suite 106, Mansfield. Texas 76063

Business e-mail address: Jeremy@gordondefense.com

Respectfully submitted,

/s/ Hal R. Arenstein
Hal R. Arenstein # 0009999
114 East 8th Street
Cincinnati, Ohio 45202
513-651-5666
halalawyer@aol.com

*Counsel for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly filed and served upon counsel of record, via the Court's CM/ECF system, this 31st day of January 2024.

/s/ Hal R. Arenstein

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

### Jeremy Brian Gordon

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of May, 2007.

I further certify that the records of this office show that, as of this date

### Jeremy Brian Gordon

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 25th day of January, 2024.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 1194C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.