# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNTIED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARCUS MERINO,<br><br>    Defendant. | CASE NO.: 2:22-cr-00014<br><br>JUDGE SARGUS |

### ENTRY GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

---

Good cause having been shown, this Court finds the motion well-taken and hereby GRANTS the admission of Jeremy Gordon, *pro hac vice*.

**THIS _____ DAY OF _____, 2024.**

_____
**JUDGE**