IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

                **Case No. 2:22-cr-14**

    **v.**                **JUDGE EDMUND A. SARGUS, JR.**

**MARCO MERINO,**

    **Defendant.**

## ORDER

For good cause shown, the Motion for Admission *pro hac vice* of Jeremy Gordon (ECF No. 55) is **GRANTED**, conditional upon registration for electronic filing with this Court, or seeking leave to be excused from do so, within fourteen (14) days of date of this Order.

    IT IS SO ORDERED.


**1/31/2024**                                     **s/Edmund A. Sargus, Jr.**
**DATE**                                          **EDMUND A. SARGUS, JR.**
                                                        **UNITED STATES DISTRICT JUDGE**