UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,  :

  v.                                 Case No. 2:22-cr-00014
                                       JUDGE EDMUND A. SARGUS, JR.

MARCO MERINO,

                                 :

    Defendant-Movant.

## ORDER

Marco Merino, through counsel, has moved to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. (ECF No. 61.) The case is before the Court for initial consideration under Rule 4 of the Rules Governing § 2255 Proceedings.

The Clerk is **DIRECTED** to provide a copy of Mr. Merino's Motion and a copy of this Order to the United States Attorney for the Southern District of Ohio. The United States is **ORDERED** to answer or otherwise respond to the Motion under Rules 4(b) and 5 of the Rules Governing § 2255 within 60 days of the date of this Order. Mr. Merino has 21 days after to reply to the Government's filing.

    IT IS SO ORDERED.

**3/8/2024**                                          **s/Edmund A. Sargus, Jr.**
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**